IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL EVANS, DONALD SPENCER, VALERIE SPENCER, CINDY CARTER, individuals, on Behalf of themselves and for the Benefit of all with the Common or General Interests, Any Persons Injured, and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual,<br><br>Defendants. | Civil Action No.: 10-cv-01679-ER |

## ORDER

**AND NOW**, this _____ day of _____, 2010, it is hereby

**ORDERED** that the application of Michael H. Page, Esq., to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

_____   **GRANTED**

_____   **DENIED**

_____
Eduardo C. Robreno
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No. 10-cv-01679-ER

*APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

I. APPLICANT'S STATEMENT

I, Michael H. Page, the undersigned, am an attorney who is not currently admitted to either the bar of this Court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| California Supreme Court | 1991 | State Bar No.154913 |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| | | |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| U. S. Supreme Court | 2005 | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Ninth Circuit | 1991 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| Federal Circuit | 2004 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| N.D. Cal | 1991 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| C.D. Cal. | 1996 | |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this Court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     Defendants Linden Research, Inc. and Philip Rosedale

_(Applicant's Signature)_

6/30/10
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Durie Tangri LLP
217 Leidesdorff Street
San Francisco, CA 94111
(415) 362-6666

Sworn and subscribed before me this
30TH Day of June, 2010

_Notary Public_

ROSANNA D. SWEENEY
NOTARY PUBLIC
STATE OF NEW JERSEY
MY COMMISSION EXPIRES APRIL 1, 2013
I.D. # 2208144

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of Michael H. Page to practice in said Court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

Matthew D. Janssen
Sponsor's Name      Sponsor's Signature

November 11, 2003
Admission date

91490
Attorney Identification No.

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
215.981.4527

Sworn to and subscribed before me this
/st Day of July, 2010.

Sandra Hendrick
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SANDRA HENDRICK, Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 14, 2011

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARL EVANS, DONALD SPENCER, VALERIE SPENCER, CINDY CARTER, individuals, on Behalf of themselves and for the Benefit of all with the Common or General Interests, Any Persons Injured, and All Others Similarly Situated, | : : : : : : : | Civil Action No.: 10-cv-01679-ER |
| Plaintiffs, | : : | |
| v. | : : | |
| LINDEN RESEARCH, INC., a corporation, and PHILIP ROSEDALE, an individual, | : : : | |
| Defendants. | : : | |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of Michael H. Page, Esquire, to practice in this Court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this Court was mailed today with postage prepaid to:

Jason A. Archinaco, Esq.
Pribanic, Pribanic + Archinaco LLC
513 Court Place
Pittsburgh, PA 15219

_____
Signature of Attorney

Matthew D. Janssen_____
Name of Attorney

Linden Research, Inc. and
Philip Rosedale_____
Names of Moving Parties

7/7/2010_____
Date